## DECLARATION OF SARAH QUIST

I, Sarah Quist, do hereby declare and state as follows:

1. I am an Assistant United States Attorney for the Central District of California, and am one of the attorneys principally responsible for representing the Defendant in this act. As such, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. As an assigned attorney on this case, I have knowledge of and access to the factual and expert discovery requests, responses and disclosures provided by both parties

3. On August 2, 2019, Plaintiff served her Rule 26(a)(1) Initial Disclosures. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's initial disclosures.

4. On August 7, 2023, the parties participated in a meet and confer. Plaintiff's counsel listed 18 witnesses on her witness list for trial, including Drs. Iskenderian and Multani. Defendant raised the issue of nondisclosure to Plaintiff, and Plaintiff indicated the doctors' names were included in discovery responses.

5. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff's responses to Interrogatories propounded by Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th of August, 2023, at Los Angeles, California.

*/s/ Sarah Quist*
SARAH QUIST