JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE CAMACHO,<br><br>                    Plaintiff,<br><br>          vs.<br><br>DANIEL P. DRISCOLL,<br><br>                    Defendants. | Case 5:15-cv-02043-JGB-kk<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## <u>JUDGMENT</u>

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to Defendant's Renewed Motion for Judgment as a Matter of Law, and good cause appearing, **IT IS HEREBY ORDERED**:

//

//

//

1. Defendant's Renewed Motion for Judgment as a Matter of Law is **GRANTED**.

2. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

3. Judgment is **ENTERED** in favor of Defendant and against Plaintiff on all claims.

**IT IS SO ORDERED.**

Dated: March 31, 2026

Honorable Jesus G. Bernal
United States District Judge